| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 1 of 3   Rev. 9/2019 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number<br>CV202000126 |

IN THE _District_ COURT OF _Jefferson_ COUNTY, ALABAMA
(Circuit or District)          (Name of County)

STYLE OF CASE: _Sandra J. Staten_ v. _D. Bi Horton_
(Plaintiff(s))                    (Defendant(s))

☐ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

**JUL 16 2020**

JACQUELINE ANDERSON SMITH
CLERK

## AFFIDAVIT

1. **IDENTIFICATION**

Full Name _Sandra J. Staten_ Date of Birth _11/22/1951_
Spouse's Full Name (if married) _____
Complete Home Address _C/o 3541 Stoney Brook Lane Apt 204_
_Fultondale, Alabama 35068_
Total Number of People I am Supporting Financially in Household Including Myself _____
Telephone Number (Cell) _313-251-2773_ (Home) _____ (Other) _____
State & Last 4 Digits of Driver's License's Number _AL_ Last 4 Digits of Social Security Number, _4451_
Employer's Name & Address _N/A_ Employer's Telephone Number _N/A_

2. **ASSISTANCE BENEFITS** _2 dependants see try for unemployed since_
_May 2019_
Some of the residents in my household or I receive benefits from any of the following sources (check those which apply)
☐ Temporary Assistance for Needy Families (TANF)  ☐ Food Stamps  ☐ Medicaid
☐ Social Security Income (SSI)  ☐ Disability  ☐ Other: _____
The monthly value of these benefits combined is $ _____

3. **INCOME/EXPENSE STATEMENT**

Monthly Gross Income:
My monthly gross income is                                                      $ _1,000_
My spouse's monthly gross income (unless a marital offense) is                  $ _____
My other monthly earnings (commissions, bonuses, interest income, etc.) are     $ _____
The combined monthly income received by other members of my household is        $ _____
Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. $ _____
Child Support Payment(s)/Alimony Received                                       $ _____
Other Monthly Income (be specific): _____                                     $ _____
     3a. TOTAL MONTHLY GROSS INCOME                                             $ _1,000_

The Monthly Expenses I pay are:

Rent/Mortgage                                       $ _1200⁰⁰_
Total Utilities: Gas, Electricity, Water, etc.      $ _350⁰⁰_
Food                                                $ _275⁰⁰_
Clothing                                            $ _____
Health Care/Medical Insurance                       $ _____
Car Payment(s)/Transportation Expenses              $ _400⁰⁰_
Loan Payment(s)                                     $ _500⁰⁰_
Credit Card Payment(s)                              $ _____
Educational/Employment Expenses                     $ _____
Cell Phone Expenses                                 $ _____
Other Expenses (be specific): _____               $ _275⁰⁰_

**3b. Subtotal**                                    $ _2725⁰⁰_

**3c. Child Support Payment(s)/Alimony (Subtotal)** $ _N/A_

**3d. Exceptional Expenses (Subtotal)**             $ _____

**3e. TOTAL MONTHLY EXPENSES** (Add totals from 3b., 3c.,& 3d. monthly only)  $ _2725⁰⁰_

**Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.)**       $ _(725⁰⁰)_

_(need help)_

| State of Alabama Unified Judicial System | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** (Request to Waive Filing Fees) | Court Case Number |
|---|---|---|
| Form C-10-CIVIL Page 2 of 3   Rev. 9/2019 | | CV2020 00.20 |

4.   Assets

My assets are as follows:
Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)*                                                          $ _____

Equity in Real Estate (value of property less what you owe)          $ _____
Equity in Personal Property, etc. (such as the value of motor
   vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less
   what you owe)                                                                          $ _____
Other *(be specific)*: _____          $ _____
Do you own anything else of value? ☐ Yes  ☐ No
(land, house, boat, TV, stereo, jewelry)
   If so, describe: _____          $ _____

Total Assets                                                                          $ _____

5.   Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury.  I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me.  I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

Sworn to and subscribed before me this

_16_ day of _July_ _2020_

_Beverly G. Mann_
*(Judge/Clerk/Notary)*

**My Commission Expires October 7, 2023**

_____
*(Affiant's Signature)*

_Sandra J. Stafen_
*(Print or Type Name)*

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 3 of 3   Rev. 9 2019 | ORDER ON AFFIDAVIT OF<br>SUBSTANTIAL HARDSHIP<br>(Request to Waive Filing Fees) | Court Case Number<br><br>C V 2 0 2 0 0 0 . 26 |
|---|---|---|

IN THE _____ COURT OF_____, ALABAMA
       *(Circuit or District)*                                *(Name of County or Municipality)*

_____ v. _____

The Court has considered the Affiant's testimony, his or her poverty level as measured by the United States poverty guidelines and the potential for substantial hardship that payment by the Affiant would cause.  IT IS, THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ **The request is DENIED.**
    ☐ The Court finds that the Affiant is **NOT INDIGENT** and the Affiant's income is not within the United States poverty guidelines or the Affiant has the resources to pay for the requested items without substantial hardship:

    ☐ The case or situation is not one for which the request is applicable.
    ☐ Other *(please specify)*: _____

☐ **The Affiant is INDIGENT.** Therefore, the prepayment of filing fees and costs is hereby waived, and these fees and costs shall be taxed at the conclusion of the case.

☐ Other *(please specify)*: _____

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of expenses, fees, and costs.

Done this _**7/16/2020**_____
          *(Date)*

                                    *Pat Ball*
                       *(Signature of* **PAT BALLARD** _____, *Judge)*
                                         *(Printed Name)*

CV202000126

| State of Alabama Unified Judicial System | **COVER SHEET** **CIRCUIT COURT – CIVIL CASE** (Not For Domestic Relations Cases) | Case Number | | |
|---|---|---|---|---|
| Form ARCiv-93   Rev.9/18 | | Date of Filing: Month Day Year | Judge Code: | |

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF _Jefferson County_, ALABAMA
(Name of County)

_Sandra J. Staten_ v. _D. R. Horton_

**Plaintiff** **Defendant**

First Plaintiff ☐ Business ☒ Individual   First Defendant ☒ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUL 16 2020

JACQUELINE ANDERSON SMITH
CLERK

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☒ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one): F ☐ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** _____   7/16/2020   _Sandra Steele_
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ Yes ☐ No

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br>CV202000126 |

IN THE _District_ COURT OF _Jefferson_ COUNTY, FILED IN OFFICE
(Circuit, District, or Juvenile)          (Name of County)          CIRCUIT-CIVIL DIVISION

_Sandra J. Staten_                    v.    _D. R. Horton_    JUL 16 2020

[Name(s) of Plaintiff(s)]                    [Name(s) of Defendant(s)]    JACQUELINE ANDERSON SMITH
CLERK

NOTICE TO: _D. R. Horton  1341 Horton Circle Arlington Texas 76011_
(Name and Address of Defendant)

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), _Sandra J. Staten c/o Trenesia Todd_, WHOSE
(Name(s) of Attorney(s))

ADDRESS(ES) IS/ARE: _3541  Stoney Brook. Lane Apt 304  Fultondale, AL 35068_

[Address(es) of Plaintiffs) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN_____DAYS  AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:**

☐  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐  Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                                [Name(s)]
pursuant to the Alabama Rules of Civil Procedure.    _Jacquelin Anderson Smith_

~~JUL 16 2020~~                                              By: _____
(Date)                              (Signature of Clerk)              (Name)

---

☐  Certified Mail is hereby requested.    _____
                                          (Plaintiff's/Attorney's  Signature)

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____.
                                                              (Date)
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
          (Name of Person Served)                (Name of County)
Alabama on_____.
                    (Date)

_____    _____    _____
(Type of Process Server)          (Server's Signature)          (Address of Server)

                            _____    _____
                            (Server's Printed Name)          (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br><br>Form C-34        Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br>CV202000126 |
|---|---|---|

IN THE **District** **COURT OF** **Jefferson** **COUNTY, ALABAMA**
_(Circuit, District, or Juvenile)_ _(Name of County)_

**Sandra J. Staten** v. **D. R. Horton**
_____        _____
[Name(s) of Plaintiff(s)]                    [Name(s) of Defendant(s)]

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

**JUL 16 2020**

JACQUELINE ANDERSON SMITH
CLERK

**NOTICE TO:** D. R. Horton  1341 Horton Circle Arlington, Texas 76011
_(Name and Address of Defendant)_

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF  YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), **Sandra J. Staten C/o Treneice Todd**, WHOSE
_[Name(s) of Attorney(s)]_

ADDRESS(ES) IS/ARE: **3541 Stoney Brook Lane Apt 204  Fultondale, AL 35068**
_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN_____DAYS  AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR  A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
_(Name(s))_

pursuant to the Alabama Rules of Civil Procedure.        Jacqueline Anderson Smith

_(Date)_ **JUL 16 2020**        _____  By: _____
_(Signature of Clerk)_                _(Name)_

☐ Certified Mail is hereby requested.        _____
_(Plaintiff's/Attorney's Signature)_

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
_(Date)_

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____in_____County,
_(Name of Person Served)_                    _(Name of County)_

Alabama on _____.
_(Date)_

| _(Type of Process Server)_ | _(Server's Signature)_ | _(Address of Server)_ |
|---|---|---|
| | _(Server's Printed Name)_ | _(Phone Number of Server)_ |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 0090 0000 7628 1934

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D.R. HORTON
1341 HORTON CIRCLE
ARLINGTON, TX 76011

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5883 0038 7864 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

S/C          D1

CV2020-126

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☑ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Restricted Delivery

2. Article Number (Transfer from service label)
7020 0090 0000 7628 1934

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

# IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

## BIRMINGHAM, ALABAMA

| | | |
|---|---|---|
| STATEN, SANDRA J. | ) | |
| | ) | |
| Plaintiff, | ) Case No.: | CV202000126 |
| | ) | _____ |
| | ) | |
| vs. | ) | **JURY TRIAL DEMAND** |
| | ) | |
| D.R. HORTON, INC., | ) | FILED IN OFFICE |
| | | CIRCUIT CIVIL DIVISION |
| | ) | **JUL 16 2020** |
| Defendant(s). | ) | JACQUELINE ANDERSON SMITH |
| | | CLERK |

## "COMPLAINT - CIVIL CASE"

### {UNITED STATED DISTRICT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION FILED UNDER CASE NUMBER: 20-cv-10410, RECEIVED FINAL DEPOSIVE ORDER VIA U.S. MAIL ON JULY 7, 2020}

COMES NOW, the Plaintiff, Sandra J. Staten, to file this jurisdictional fraud claim. It is apparent that the normal time constraints are not appropriate since the coronavirus has caused both delays with the courts operations and the postal services operations and has caused the plaintiff to receive this final order via United States mail on July 7, 2020.

The Orders further stated in pertinent part: "It was apparent to the previous Honorable Court as a matter of a legal certainty from the Face of the complaint that

"the claim really was for less than the jurisdictional amount," *St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 289 (19380,* dismissal for lack of matter jurisdiction is warranted. The burden for pleading the amount in controversy is not a heavy one, and where stat law at least arguably permits the types of damages claimed $2,099,000.00 (two million, ninety-nine thousand dollars and no cents), the amount in controversy requirement will be satisfied even if it is unlikely that the plaintiff can recover an amount exceeding the jurisdictional requirement. Staten may pursue her fraud case in state court."

Therefore, the Plaintiff, Sandra J. Staten, (Sandra) sues the Defendant(s) D.R. Horton, Inc., (DRH Inc.,) et al incorporated under the laws of the State of Texas, and has its principal place of business in the State of Texas under the business name of D.R. Horton Inc., America's Builder.  The Plaintiff set forth the following:

I.  PARTIES

    1.  Plaintiff – Sandra J. Staten

       c/o Treneice Todd

           3541 Stoney Brook Lane

           Apartment 204

           Fultondale, Alabama 35068

               or

       Sandra Staten

       sandrastaten.dream@outlook.com

       313-257-2773

       Wayne County

       14368 Mettetal Street

       Detroit, Michigan 48227

2. D.R. Horton, Inc.,

   drhorton.com

   877-390-8200

   Tarrant County

   America's Home Builder

   1341 Horton Circle

   Arlington, Texas 76011

## II. **FACTS**

3. Sandra realleges and adopts by reference paragraph numbers "1" through "2" the same as is et out herein.

4. On or around February 02, 2018 the Defendant D.R. Horton Inc. (DRH Inc.) wrote the Plaintiff, Sandra a check numbered 1931124, dated February 19, 2018, in the amount of $2,099.00, which is construed as a contractual instrument that had a void dated 6 months. (See, Plaintiff's Exhibit "1" attached).

5. The Plaintiff was not presented with the written check until after it had been held past the six month period for the check to become Stale.

6. Although several attempts were made by and through the Plaintiff to get these Defendants to make good on this instrument., they wantonly and willing continued to fail to make good on this instrument for without any regards for doing what was right or just.

7. On or about September 20, 2019, the Plaintiff, Sandra was instructed to deposit the Stale check by DRH Inc, and informed that the incorporation would be willing to allow the instrument to clear.  The Plaintiff at that point did deposit the instrument into her Credit Union

3

account as direct, but it was returned and charged against her account as "Stale." (See, Plaintiff's Exhibit "2" as attached).

8. The Jefferson County Sherriff Department referred the Plaintiff to the Hoover Police Department for Administrative Clearance so that this matter, which is a form of a contractual liability, can be judiciously adjudicated.

9. On or about February 06, 2020, the Hoover Police Department under Case Number:  2020-00010625; Incident Type: Civil Dispute; Occur Date From:  02/19/2018 00:01; Occurred Thru: 01/31/2020; Location: 2188 Parkway Lake Drive Hoover, Alabama 35244-1803; Disposition: <u>Administratively Cleared</u>;  Disposition Date: <u>0131/2020</u>; Reported Date:  01/31/2020 12:22 Friday. (See, Plaintiff's Exhibit "3").

10. This instrument was written to Sandra and is indeed a contractual instrument which these Defendants did fraudulent purposefully refuse to fulfill their obligation thereof.

11. Sandra is the lawful owner of this instrument who has bore the unreasonable time of waiting and requesting that justice be

    had in this instance on repeated occasions to no avail.

12. Sandra demands interest and punitive damages be levied against D.R. Horton, the Defendants, in accordance to 1000X and prorated in accordance with IRS rates are calculated for this type of purposeful and wanton fraud.

III. **COUNTS**

13. Sandra realleges and adopts by reference paragraphs numbers "1" through "12" the same as is fully set out herein.

14. D.R. Horton has committed fraud when they wrote the Plaintiff, Sandra Staten a check, and refused to fulfill their obligation of actually paying for that instrument; whereby causing the Plaintiff undue stress and harm while she repeatedly had to pursue them to attempt to collect her monies.

15. Due to the nature and the wanton practices and/or polices of these Defendants, as well as their un-excusable manner in which they have openly and purposely refused to pay this Plaintiff. This Plaintiff has suffered mental anguish and severe emotional distress.

**Wherefore**, premises considered, Sandra demands judgment against D.R. Horton in a sum determined by a struck jury, including consequential damages, plus costs and interests.

IV. **BAD FAITH/FRAUD**

16. Sandra realleges and adopts by reference paragraphs Numbers "1" through "15" the same as fully set out herein.

17. D.R. Horton has refused to pay Sandra for the "Stale check that is attached hereinto as Plaintiff's Exhibit "1", and has denied the same without lawful justification.

18. D.R. Horton acted in bad faith and committed fraud in refusing to make the Stale check good, and to do so in a timely manner, they have taken years to persist in this bad faith fraudulent act.

19. Sandra seek full and complete restitution at a 1000X marked
    increase for the excessive time that these Defendants
    willingly and wanton persisted in their bad faith acts of fraud.

20. Sandra claims punitive damages of D.R. Horton Incorporation.

**Wherefore**, premises considered, Sandra demands judgment against D.R.
Horton Inc., in a sum to be determine by a struck

Jury, plus costs and interest.  Sandra claims punitive damages.

Respectfully submitted,

Sandra J. Staten, Pro se

Sandra J. Staten

313-257-2773

sandrastaten.dreams@outlook.com

c/o Treneice

3541 Stoney Brook Lane

Apartment 204

Fultondale, Alabama 35068

Sandra J. Staten

14368 Mettetal Street

Detroit, Michigan 48227

6



PLAINTIFF'S
EXHIBIT
"1"

# STALE DATED



REASON - G
DATED

Pay   TWO THOUSAND NINETY NINE AND 00/100 ********************************

To the
Order Of:   SANDRA STATEN
100 11TH COURT NORTH
BIRMINGHAM AL 35204

Check Number   557176

DBH Inc. Controlled Disb Acct.
1341 Horizon Circle
Arlington, TX 76011

Controlled Disbursement
Wells Fargo Bank, N.A.
Van Wert, OH

Date   02/19/18
Amount   $****2,099.00

Family Security Credit Union
BRANCH 0017
Bairedale, AL

↓Do not endorse or write below this line.↓



Date:  9/20/19    Time: 13:39:53              Teller: 66

Receipt No: 71827

| Account | Tran Description | Tran $ | Prin $ | Int $ | Fee $ | Balance $ |
|---------|------------------|--------|--------|-------|-------|-----------|
| XXX0008-001 REGSAV | 13 rtn ck s staten | 2099.00 | | | | 142.57 |

SANDRA G STATEN
PO BOX 605
FULTONDALE AL   35068-0605

                                         Cash In:
                                         Checks In:
                                         Cash Out:

nature: _____

Thank you for using your credit union..



PLAINTIFF'S
EXHIBIT
"3"



# Hoover Police Department
## Summary



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 02/06/2020 16:31 | | Hoover Police Dept |
| **Login ID:** | hoover\hartselc | **ORI Number:** | AL0011200 |
| **Case Number:** | 2020-00010625 | | |



## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2020-00010625 | **Incident Type:** | Civil Dispute |
| **Location:** | 2188 PARKWAY LAKE DR | **Occurred From:** | 02/19/2018 00:01 |
| | HOOVER, AL 352441803 | **Occurred Thru:** | 01/31/2020 00:01 |
| **Reporting Officer ID:** | 12643 - Vaughn | **Disposition:** | Administratively Cleared |
| | | **Disposition Date:** | 01/31/2020 |
| | | **Reported Date:** | 01/31/2020 12:22 Friday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|
| Suspect | 1  Dr Horton | 2188 PARKWAY LAKE DR 200 | (205)822-1611 | | | |
| | | HOOVER, AL 352441803 | | | | |
| Victim | 1  STATEN, SANDRA J | 519 CHAPEL CREEK CT | (205)382-3836 | Black | Female | 11/22/1951 |
| | | FULTONDALE, AL 35068 | | | | 68 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. Role | Vehicle Type | Year Make | Model | Color | License Plate State |
|---|---|---|---|---|---|

Routing:

DOCUMENT 2

## CERTIFICATE OF SERVICE

I, hereby certify that on this the /6 day of _July_    20 _20_    a true and correct copy of the above and foregoing was place in the United States Mail and served upon the parties and/or their counsel of record and/or the clerk of the Court by the specified delivery as indicative of this Court of as indicated below by checking the box indicating:

US Mail _:

D. R. Horton, Inc.,

877-390-8200

America's Home Builder

1341 Horton Circle

Arlington, Texas 76011

Sandra J. Staten Pro se

Sandra J. Staten, Pro se

sandrastaten.dreams@outlook

c/o Treneice Todd

3541 Stoney Brook Lane

Apartment 204

Fultondale, Alabama 35068

Sandra J. Staten

313-257-2773

14368 Mettetal Street

Detroit, Michigan 48227

.com



### AlaFile E-Notice

01-CV-2020-000126.00

Judge: BRENDETTE BROWN GREEN

To:  STATEN SANDRA C/O TRENEICE TODD (PRO SE)
3541 STONEY BROOK LANE
APARTMENT 204
FULTONDALE, AL, 35068-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SANDRA J STATEN VS D.R. HORTON
01-CV-2020-000126.00

The following matter was served on 7/27/2020

**D001 D.R. HORTON**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D.R. HORTON
1341 HORTON CIRCLE
ARLINGTON, TX 76011

9590 9402 5883 0038 7864 93

2. Article Number *(Transfer from service label)*

7020 0090 0000 7628 1934

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *LaDonna Sampsell*    ☑ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

LaDonna Sampsell    7/27/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No



CV2020-126

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ‗‗ail
☐ ‗‗ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

NORTH TEXAS TX 750

31 JUL 2020 PM 7 L

9590 9402 5883 0038 7864 93

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

AUG 05 2020

JACQUELINE ANDERSON SMITH
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

