Case 2:20-cv-01178-AMM   Document 48   Filed 07/05/23   Page 1 of 2
USCA11 Case: 22-14098   Document: 21-2   Date Filed: 06/30/2023   Page: 1 of 2

FILED
2023 Jul-05 AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14098

_____

SANDRA J. STATEN,

                                                              Plaintiff-Appellant,

versus

DR HORTON INC.,

                                                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:20-cv-01178-AMM

_____

JUDGMENT

ISSUED AS MANDATE: 06/30/2023

2                                                                                                                22-14098

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 1, 2023

For the Court: DAVID J. SMITH, Clerk of Court